# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Dennis Faltis v. Wintrust Financial Corp. d/b/a Town Bank

Case Number: 1:18-cv-07582

An appearance is hereby filed by the undersigned as attorney for:
Wintrust Financial Corp. d/b/a Town Bank

Attorney name (type or print): Jed Glickstein

Firm: Mayer Brown LLP

Street address: 71 South Wacker Drive

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6315387
(See item 3 in instructions)

Telephone Number: (312) 701-8704

Email Address: jglickstein@mayerbrown.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 11, 2018

Attorney signature: S/ Jed Glickstein
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015